IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00599-EWN-BNB

DIANE C. JARRETT,

Plaintiff,

v.

SPHERION PACIFIC ENTERPRISES, LLC,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **September 6, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated August 23, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge